Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiff Kamiliha Brewster*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kamiliha Brewster, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Dynamic Recovery Solutions, LLC, <br><br> Defendant. | Case No.: 2:16-cv-02850-JAD-CWH <br><br> **Notice of Settlement** |

## NOTICE

The dispute between Plaintiff Kamiliha Brewster ("Plaintiff") and Defendant Dynamic Recovery Solutions, LLC ("Defendant") has been resolved on an individual basis.

Plaintiff anticipates filing dismissal documents as to Plaintiff's individual claims against Defendant with prejudice and Plaintiff's class allegations without prejudice within 60 days—on or before **November 27, 2017**.

DATED this 28th day of September 2017.

                Respectfully submitted,

                **KAZEROUNI LAW GROUP, APC**

                By: /s/ Michael Kind
                      Michael Kind, Esq.
                      6069 S. Fort Apache Rd., Ste. 100
                      Las Vegas, NV 89148
                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 28, 2017, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148