Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com
*Attorneys for Plaintiff Kamiliha Brewster*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kamiliha Brewster, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Dynamic Recovery Solutions, LLC,<br><br>Defendant. | Case No. 2:16-cv-02850-JAD-CWH<br><br>**STIPULATION AND ORDER DISMISSING CASE**<br><br>ECF No. 19 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kamiliha Brewster ("Plaintiff") and Defendant Dynamic Recovery Solutions, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's individual claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 25th day of January 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ALVERSON TAYLOR MORTENSEN, ET AL**

By: /s/ Kurt R. Bonds
Kurt R. Bonds, Esq.
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149
*Attorneys for Defendant*
*Dynamic Recovery Solutions, LLC*          **ORDER**

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 25, 2018